AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

DUANE H. GARVAIS,

        Plaintiff,

v.

UNITED STATES OF AMERICA

        Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-03-0290-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in favor of the Plaintiff Duane H. Garvais on his claim of malicious prosecution against the United States of America in the amount of $413,102.66, plus costs.

February 17, 2010
*Date*

JAMES R. LARSEN
*Clerk*
s/ Penny Lamb
*(By) Deputy Clerk*
Penny Lamb